

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00350-CV

In the **ESTATE OF** Gilbert **CAMPOS**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2018-PC-0959
Honorable Oscar J. Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the probate court is AFFIRMED. It is ORDERED that Appellee Paul Campos Jr. recover his costs on appeal from Appellant Gabriel Tavitas.

SIGNED April 15, 2020.

_____
Irene Rios, Justice